Justices SAYLOR, EAKIN, BAER, TODD and McCAFFERY join the opinion.

98 A.3d 1288

**WILLIAM PENN DEVELOPMENT COALITION, Petitioner**

v.

**The SCHOOL DISTRICT OF PHILADELPHIA and Philadelphia School Reform Commission, Respondents.**

**No. 86 EM 2014.**

Supreme Court of Pennsylvania.

Aug. 19, 2014.

## *ORDER*

PER CURIAM.

**AND NOW,** this 19th day of August, 2014, the "Petition in the Nature of a Complaint for Declaratory Judgment and Injunctive Relief," treated as an Application for Relief per Pa.R.A.P. 123, the Petition for Preliminary Injunction, and the Emergency Application for Expedited Consideration are **DENIED.**